UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ELAINE WHIGHAM WILLIAMS,

    Plaintiff,

v.                                                              Case No: 6:16-cv-353-Orl-18TBS

MORRIS AND REYNOLDS
INSURANCE and MIAMI DADE
POLICE DEPARTMENT,

    Defendants.

## ORDER

This case was referred to United States Magistrate Judge Thomas B. Smith for a report and recommendation on Plaintiff Elaine Whigham Williams' Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis (Doc. 2). On March 3, 2016, Judge Smith entered a Report and Recommendation (Doc. 3) regarding same, to which no timely objections were filed.

The Court, having reviewed the Report and Recommendation (Doc. 3) and other filings in this case, hereby **ORDERS** and **ADJUDGES** as follows:

1. The Report and Recommendation (Doc. 3) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. This case is **TRANSFERRED** to the United States District Court for the Southern District of Florida.

3. After transfer has been effected, the Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Orlando, Florida, this __30__ day of March, 2016.

                                                              G. KENDALL SHARP
                                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies to Unrepresented Party